### MORTON TRUST CO. v. METROPOLITAN ST. RY. CO. et al.

(Circuit Court, S. D. New York. March 22, 1909.)

CORPORATIONS (§ 482*)—SUIT FOR FORECLOSURE OF MORTGAGE—INTERVENTION.

 In a suit to foreclose a corporate mortgage, which covers past-due bonds of another corporation held by the mortgage trustee as a part of the security, such corporation will not be permitted to intervene for the purpose of litigating the question of its liability on such bonds, since a purchaser will acquire no better title than the mortgagee, and that question can be litigated in any suit for their enforcement.

 [Ed. Note.—For other cases, see Corporations, Cent. Dig. § 1881; Dec. Dig. § 482.*]

In Equity. On petition of Twenty-Third Street Railway Company for leave to intervene.

Parker, Hatch & Sheehan, for petitioner.
J. Parker Kirlin, for Metropolitan St. Ry.
Brownson Winthrop, for Morton Trust Co.
Masten & Nichols, for receivers of Metropolitan St. Ry.

LACOMBE, Circuit Judge. The relief prayed for is directed to protecting petitioner against liability on $200,000 of its extended 6 per cent. mortgage bonds and $150,000 of its debenture bonds. These bonds are held by the trustee as part of the security under the mortgage now being foreclosed in this suit, and in orderly course would be covered by the decree and offered for sale. But all of these bonds are past due, and upon sale the purchaser would obtain no better title than the mortgagee now has. Intervention, therefore, seems unnecessary. It would give no greater protection to the petitioner. All defenses it may have against claims for payment of these bonds are available against whomsoever may acquire them, and it is unnecessary to try any such questions in this suit.

The petition is denied.